BEFORE: WILLIAM D. WALL                    DATE: 10/3/05

UNITED STATES MAGISTRATE JUDGE            TIME:  11:30 AM

DOCKET NO.   CV 04-5468                    ASSIGNED JUDGE: WEXLER

CASE NAME: HICKMAN V. BURLINGTON BIO MEDICAL CORP.

_____ CIVIL CONFERENCE

Initial _____ Status _____ Settlement _____ Pretrial _____

Other: Telephone Motion Hearing _____

APPEARANCES:     Plaintiff        Bruce Yukelson

_____

                 Defendant        Robert Ansel

                 _____

SCHEDULING:

1.     The next  Status        conference will be held on  November 9, 2005 at 2:00 PM
       _____

THE FOLLOWING RULINGS WERE MADE: Plaintiff's motion of September 21, 2005 is
GRANTED as unopposed.
              The defendant shall produce all documents sought by plaintiff no later than
October 14, 2005. The defendant is sanctioned $ 250.00 payable to plaintiff's counsel no later
than October 14, 2005.
              All fact discovery shall be completed by November 9, 2005 and the pretrial
conference previously scheduled for that date is converted to a status conference.

                                    SO ORDERED

                                     /s/ William D. Wall
                                    WILLIAM D. WALL
                                    United States Magistrate Judge