UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HICKMAN,

                      Plaintiff(s),         **ORDER**

       -against-                   CV 04-5468 (LDW) (WDW)

BURLINGTON BIO-MEDICAL et al.,,

                      Defendant(s).
----------------------------------------------------------X

**WALL, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, this Court finds that it substantially complies with the requirements of the District Judge.

      Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.


Dated:  Central Islip, New York          **SO ORDERED:**
        January 26, 2006

                                                  s/ William D. Wall
                                             WILLIAM D. WALL
                                             United States Magistrate Judge